## McKinney, respondent, v. Powers, appellant.

PRACTICE — *exceptions to instructions.* Where no exceptions were taken to the instructions of the court on the trial below, and properly saved at the proper time, and in the proper way, they will not be regarded in the appellate court.

*Appeal from Third District, Lewis and Clarke County.*

Chumasero & Chadwick, for appellant.

Shober & Lowry, for respondent.

WADE, C. J. The alleged errors complained of in this action arise upon the instructions of the court to the jury. The record shows that no exceptions were taken to the instructions as given. We have repeatedly held that this court will not consider the correctness or incorrectness of instructions to the jury, unless exceptions were properly taken and saved at the proper time. See *Griswold* v. *Boley*, 1 Mon. 545.

Objections to instructions should be specifically pointed out before the case is finally submitted to the jury. The court below should have an opportunity to correct any alleged errors in the instructions, and this can only be done when such alleged errors are designated, before the case goes to the jury. Obviously, this opportunity was not presented to the court in this case. The instructions went to the jury without objection, and it is now too late to assign errors upon such instructions, no exceptions having been taken at the proper time. Judgment is affirmed.

*Judgment affirmed.*